JONAS PHILLIPS, Appellant, v. JOHN L. TAYLOR, Respondent.

(Argued December 9, 1885; decided January 26, 1886.)

DECIDED on the facts.

*John E. Parsons* for appellant.

*John A. Mapes* for respondent.

RAPALLO, J., reads for affirmance.
All concur.
Judgment affirmed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. THOMAS PHILLIPS et al., Respondents.

(Argued January 19, 1886 ; decided January 26, 1886.)

*Edward W. Hatch* for appellant.

*Tracy C. Becker* for respondents.

Appeal dismissed on argument.

---

JAMES E. OSTRANDER, Respondent, v. JOHN WEBER, Appellant, ROBERT LOUGHRAN et al., Respondents.

(Argued January 19, 1886. decided January 26, 1886.)

*S. L. Stebbins* for appellant.

*J. N. Fiero* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.